## First Department, April, 1973

### (April 3, 1973)

■ Herman Badillo et al., Appellants, v. Herman Katz, Individually, and as City Clerk of the City of New York, et al., Respondents. John D. Calandra et al., Individually, and as County Chairmen of the Republican Party in the Boroughs of New York City, Appellants, v. David Dinkins, as Chairman of the Board of Elections, et al., Respondents.— Order, Supreme Court, Bronx County, entered on March 19, 1973, unanimously affirmed, without costs and without disbursements. The actions are remanded to the Supreme Court, Bronx County, for immediate trial. The application made by Mr. Zimmerman on argument is denied. No opinion. Concur — Stevens, P. J., Markewich, Murphy, Steuer and Capozzoli, JJ.

### (April 5, 1973)

■ The People of the State of New York, Respondent, v. Richard Berkley, Appellant.— Judgment, Supreme Court, New York County, rendered on January 18, 1972, unanimously affirmed (see CPL 470.05, subd. 1). No opinion. Concur — Stevens, P. J., Markewich, Nunez, Steuer and Capozzoli, JJ.

■ In the Matter of Antonia Ocasio et al., Petitioners, v. George K. Wyman, as Commissioner of the New York State Department of Social Services, et al., Respondents.— Proceeding to review determination of State Commissioner of Social Services, dated December 3, 1971, unanimously dismissed as academic, without costs and without disbursements. Respondent Department of Social Services has unconditionally, in open court, offered to restore to petitioner the entire amount deducted from her benefit checks, the subject matter of the proceeding, and petitioner is therefore no longer a party aggrieved. Concur — Stevens, P. J., Markewich, Nunez, Steuer and Capozzoli, JJ.